August 9, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE MATTER OF THE MARRIAGE OF MARIA SOLORZANO FARJARDO AND GUILLERMO NUNEZ FAJARDO AND IN THE INTEREST OF J.A.F., M.F., D.F., AND N.F., MINOR CHILDREN

NO. 14-15-00653-CV

_____

This cause is an appeal from an order granting Appellee Guillermo Nunez Fajardo's plea to the jurisdiction and dismissing Appellant Maria Solorzano Fajardo's petition for divorce from common-law marriage. The underlying case also included a suit affecting the parent-child relationship (SAPCR). The order granting the plea to the jurisdiction was signed on June 16, 2014, and a final order in the SAPCR was signed on February 16, 2015. This cause was heard on the transcript of the record. We have inspected the record and find the trial court erred in entering the order granting the plea to the jurisdiction. We therefore **REVERSE** the order of the court below dismissing the petition for divorce and **REMAND** the cause for proceedings in accordance with the court's opinion.

Further, there was no issue raised on appeal concerning the final order in the suit affecting the parent-child relationship. Accordingly that portion of the judgment is **AFFIRMED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.